UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF GEORGIA
SAVANNAH DIVISION

IN THE MATTER OF                )
                                )
                                )    4:24-MC-006
ABANOOB ABDEL-MALAK,            )
                                )

## ORDER

*Pro se* plaintiff Abanoob Abdel-Malak has filed multiple actions in this Court attempting to interfere in ongoing criminal prosecutions in California. *See, e.g.*, *The People of the State of California v. Hate Crime Victim Jane/John Doe*, CV421-270, doc. 28 (S.D. Ga. May 12, 2022). He now requests that this Court exempt him from the standard fees required by the United States Courts' Public Access to Court Electronic Records (PACER). *See* doc. 1. The only authority he cites for that request is 28 U.S.C. § 1930, which concerns the filing fees applicable to actions in bankruptcy. *See id.* at 1. He states that the requested exemption "is needed for the indigent criminal defendant to properly complete his appendix and emergency petition, in order to draft and prepare his emergency petition for an extraordinary writ to the United States Supreme Court," objecting to actions taken in the Superior Court of San

1

Diego County California and by two United States District Judges in the Southern District of California.  *See id.* at 2-4.

The Court is authorized to grant exemptions of PACER fees.  *See, e.g.,* United States Courts, Electronic Public Access Fee Schedule, *available at* https://www.uscourts.gov/services-forms/fees/electronic-public-access-fee-schedule (Jan. 1, 2020) ("Courts may exempt certain persons or classes of persons from payment of the user access fee."). However, to grant such an exemption "courts must find . . . that those seeking an exemption have demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information . . . ." *Id.*  Abdel-Malak has no case pending in this Court, his Motion refers only to events in California, and indicates that he resides in California, *see e.g.,* doc. 1 at 27 (listing Abdel-Malak's address in Fontana, California).  There is no basis for the Court to conclude that Abdel-Malak is entitled to an exemption of the standard fee.  His Motion

is, therefore, **DENIED**.  Doc. 1.  The Clerk is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED,** this 23rd day of October, 2024.

                                        */s/ Christopher L. Ray*
                                    CHRISTOPHER L. RAY
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF GEORGIA.